# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 10/10/2022)

**FILED**
04/01/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## IN THE UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN__ DISTRICT OF __INDIANAPOLIS__

Autumn E. Cordelliaoné a.k.a.
(Full name of plaintiff(s))
Jonathan C. Richardson

v.

Cause No. 1:25-cv-00632-RLY-TAB
(to be supplied by clerk of court)

Donald J. Trump, Individual Capacity
(Full name of defendant(s))
Mr. Thompson, Individual Capacity
Ms. Gose, Individual Capacity
Jane Doe, Individual Capacity
Director of Classification, Individual Capacity

### A. PARTIES

1. Plaintiff is a citizen of __Indiana__ (State), and is located at __NCCF P.O. Box A New Castle, IN 47362__ (Address of prison or jail)

(If more than one plaintiff is filing, list address on another piece of paper)

2. Defendant __Donald J. Trump__ (Name)
Is (if a person or private corporation) a citizen of ~~Indiana~~ __Washington, D.C.__ (State, if known)

1.



and (if a person) resides at  The White House, 1600 Pennsylvania Ave.
(Address, if known)  ~~North~~ NW, Washington DC
and (if the defendant harmed you while performing defendant's job) worked for  20500

(Employer's name and address if known)

(If you need to list more defendants, use another page)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

All the defendants violated the plaintiff's 8th amendment - Failure to supervise/protect, Indiana Tort Law - Gross Negligence

On January 28th 2025, the Plaintiff Autumn E. Cordellione a.k.a. Jonathan C. Richardson was transferred from New Castle Correctional Facility the Annex (NCN) where she had been housed on protective custody, too Westville Correctional ~~facilities~~ Level 1-R facility (WCA). A facility with no security cameras, with no doors on the cells, understaffed, and populated with mostly gang affiliated prisoners who traffic with Correctional staff in the form of Drugs, sex, and money. The facility is known for it's high level of offender on offender assaults and is rife with drugs.

The Director of Classification at ~~the~~ central office, knowingly sent plaintiff who is transgender, has been assaulted for being transgender,

has been assaulted (stabbed) for refusing sex with another offender, has a high profile criminal and civil case that have recently been broadcast accross multiple national and local news media outlets in which they reported on her criminal history and transgender status, name, as well as her civil cases preliminary injunction for gender affirming surgery.

 While housed at (WCA), the plaintiff was assaulted and raped multiple times over a four day period by 12 gang affiliated offenders; from January 28th, 29th, 30th, and 31st, 2025.

 On January, 29th, while plaintiff was being raped by 3 of her assailants, she "begged them to stop and asked them why are you doing this to me?", to which her assailants replied while laughing at her, "We saw your shit on FOX, and Trump was talking about you fagass, dickssucking trannies, he said your messing up our kids in school with your sex change shit... Trumps president now and we wont even get in trouble for fucking you trannies up, we're patriots and even if you tell on us, trump will pardon us and probably give us a medal."

 The plaintiff was told numerous times by her assailants, "that if she 'snitched' on them to staff, that they would know, cause the staff are on their payroll and they would kill her."

 Plaintiff tried to report the assaults and rapes on January 29th, 2025 to the unit team manager Mr. Thompson, who responded "I've seen your case on the news, and I personally don't think us taxpayers should have to pay for your surgery. God doesn't approve of transgenders and gays,

so what do you expect to happen, when you dress like a woman and have tits in a male facility."

The plaintiff tried to report the assaults and rapes on January 29th, 2025 to an officer working on her dorm whom she refers to as "Jane Doe". "Jane Doe" responded; "That she couldn't help and it's not her problem, and if plaintiff pushed the issue then she would tell the plaintiff's assailants that she tried to "snitch" them out."

Plaintiff on January 29th, 2025 saw "Jane Doe" hand a drug package to one of her assailants, later in the day.

The plaintiff tried to report the assaults and rapes on January 30th or 31st 2025 to her Case Manager Ms. Gose, who responded, "Your that trans that won a lawsuit, and now us hard working taxpayers have to foot the bill, well there are only two sexes, male and female and God made you a man, Trumps putting a stop to all that fag shit... I can't help you, you reap what you sow."

Plaintiff directly and specifically told Defendants Mr. Gose, Mr. Thompson, and "Jane Doe" that she had and was currently being assaulted and raped by multiple gang affiliated offenders in her dorm, on the above dates.

All Defendants violated Indiana Tort Law, with their gross negligence and wanton disregard of the plaintiffs safety.

All Defendants violated the plaintiffs 14th Amendment - discriminating against the plaintiff due to her transgender status.

All the Defendants actions in this cause were motivated and propagated due to their religious, and political views and hatreds.

The Defendant Donald J. Trump has on numerous occasions both as president and as former president spoken about his extremist rhetoric and transphobic hate speech. He has voiced his prejudices at rallies, on national media news outlets (FOX, CNN, etc...), and social media platforms (X, Truth, etc...) These actions have emboldened the Defendants, and the assailants that brutally assaulted and raped plaintiff, not once, but multiple times to act on their hate and prejudices, constituting the cause in action and his liability in this case.

The Defendant Donald J. Trump's words were a motivating factor in the Defendants actions concerning the plaintiffs safety. His negligence is rooted in his knowledge that others may act on his words and the plaintiff suffered violence to be because of this. This violated her Eight Amendment - True Threats.

The plaintiff has grieved these issues (See Attached Grievances Ex. A) Exhausting her administrative Remedies.

4.

A. PARTIES CONT.

3. Defendant Mr. Thompson is a citizen of Indiana and resides at Westville Correctional Facility, 5501 South 1100 West, Westville, IN 46391

4. Defendant Ms. Gose is a citizen of Indiana and resides at Westville Correctional Facility, 5501 South 1100 West, Westville, IN 46391

5. Defendant "Jane Doe" is a citizen of Indiana and resides at Westville Correctional Facility, 5501 South 1100 West, Westville, IN 46391

6. Defendant, The Director of Classification for Indiana Department of Corrections is a citizen of Indiana and resides at Central Office 302 W. Washington St. Room E-334 Indianapolis, IN 46202

5.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331, and supplemental Jurisdiction under Section 28 USCS 1367(a).

OR

☐ I AM SUING UDNER STATE LAW. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____

## D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or any order telling defendants to do something or stop doing something.

Compensatory Damages in the amount of 3.5 million Dollars, Punitive Damages in an amount to be determined by a jury. For Pain and suffering, emotional, mental, physical Distress. As well as any other relief the court deems necessary or appropriate. Transfer to a female Institution, Injunction (Permanent) as well as a preliminary Injunction for the same as plaintiff is still suffering and likely to suffer continued harms.

6.

E. **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 27th day of ~~April~~ March, 2025

Respectfully Submitted,

_____
Signature of Plaintiff

127630
_____
Plaintiff's Prison ID Number

NCCF P.O. Box A
_____
Plaintiff's Mailing Address

New Castle, IN 47362
_____

*(If more than one Plaintiff, use an additional piece of paper)*

F. **CERTIFICATION** *(Optional)*

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

7.

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.

**Return or Receipt of Grievance**
Offender Name: JONATHAN RICHARDSON
Facility: WCFINCF INDIANA
DOC#: 127630
Case #: 25-203805

USDC IN/ND case 3:25-cv-00863-JTM-AZ    document 1    filed 04/01/25    page 9 of 13



Exibiht "A"

## Return or Receipt of Grievance

**Offender Name:** JONATHAN RICHARDSON
**DOC#:** 127630

**Facility:** Westville Correctional Facility
**Bldg/Bed:** WCA R1-W 1

### Case #:25-203805

### Stage 1 Complaint

**Type:** Return or Receipt of Grievance
**Date Received:** 02/18/2025 12:34 PM
**Response Author:** Shannon Smith
**Responded On:** 02/18/2025 12:34:57 PM
**Decision:** Stage 1 Response

### Case Details

**Case Number:** 25-203805
**Grievance Status:** Open

### Case Data

**Unit of Complaint:** Westville Correctional Facility
**Opened Date:** 02/18/2025 12:34 PM
**Grievance Category:** Affirmative Action
**Grievance Stage:** Stage 1 Submitted

### Stage 1 Grievance Response

**Grievance Date:** 01/28/2025 12:00:00 AM
**Response Due:** 03/11/2025 12:34 PM
**Response:** Logged
**Issue:** PREA Concern
**Responder:** Shannon Smith

☐ Unprocessed

**Officer's Name:** Smith, Shannon NMI

**Notice:** If the notice refers to return, then the offender has five (5) workdays from receipt of the above response to resubmit their corrected grievance. If the notice refers to receipt of an accepted grievance the offender will receive a response within fifteen (15) workdays.

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

RECEIVED FEB 14 2025

FOR OFFICIAL USE ONLY
Grievance number: 25-203805

| To: Facility Grievance Specialist | Facility: NCF | Date: 2-8-2025 |
|---|---|---|
| From (name of offender): Jonathan Richardson | DOC number: 127630 | Signature of offender: [signed] |
| Housing assignment: M1-206B | | Date of Incident: 1-28 thru 31-2025 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

On 1-28-25, I was transferred to WCA [Level 1-R] and was raped and assaulted by 12 offenders over the course of 3 days [from 1/28/25 - 1/31/25]. I had notified my Case Manager Ms. Gose and Ms. Thompson on 1/29 or 30/25 about the assaults and rapes and they failed to protect me and I even notified staff on the dorm about the assaults and was ignored; I don't know the staff names, but she work on 1/29 or 30/25. I eventually found an officer on 1/31/25 who finally got me help. The dorm I was sent to had no cameras and was understaffed, I was brutally raped because of these staffs negligence and should of never been transferred to that facility, where I was left unprotected and a Target for assault as I'm transgender.

State the relief that you are seeking.

3.5 Million,

Signature of Facility Grievance Specialist: [signed]
Date: 2-18-25

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

Offender Name: JONATHAN RICHARDSON
Facility: NCF, NCN M-M1, 206B
DOC#: 127630
Case #: 25-203805



# Warden or Designee Appeal Response Notice

**Offender Name:** JONATHAN RICHARDSON
**DOC#:** 127630

**Facility:** Westville Correctional Facility
**Bldg/Bed:** NCF, NCN M-M1, 206B

## Case #:25-203805

## Formal Grievance

**Type:** Formal Response
**Date Received:** 02/18/2025 12:34:00 PM
**Response Author:** Shannon Smith
**Responded On:** 02/18/2025 03:48:28 PM
**Decision:** Resolved

## Case Details

**Case Number:** 25-203805

**Grievance Status:** Not Resolved

## Case Data

**Unit of Complaint:** Westville Correctional Facility
**Opened Date:** 02/18/2025 12:34:00 PM
**Grievance Category:** Affirmative Action

**Grievance Stage:** Warden or Designee Appeal Responded

## Warden or Designee Appeal Response

**Responder Name:** Cristina Duncan
**Due Date:** 03/11/2025 03:48:08 PM

**Date/Time:** 02/18/2025 03:48:28 PM
**Result:** Uphold

**Response:** Appeal has been reviewed. The facility level one response is appropriate. Your claims cannot be substantiated by this office and were sent to the office of investigations for further review. The grievance process doesn't provide the monetary relief that you have requested in your appeal.

☐ Override        ☐ Data Input Error        ☐ Unprocessed        ☐ Extension

**RestitutionRecommended:** No

**Notice:** You may elect to appeal the decision of the Warden or Warden Designee to the Grievance Manager (form 45473 Grievance Appeal) within five (5) workdays from receipt of the above response to the Grievance Specialist by
• Ensuring the grievance procedure within their assigned unit and institution has been exhausted.
• Please select an option below and sign/date

☐ Agree        ☐ Disagree

Page 1 of 1

# GRIEVANCE APPEAL
State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM

RECEIVED FEB 24 2025

| Field | Value |
|---|---|
| Date form sent to offender | 2-14-2025 |
| Date of grievance | 2-8-2025 |
| Grievance log number | |
| Name of offender | Jonathan Brown(?) |
| DOC number | 127630 |
| Facility | Westville Correctional Facility |
| Housing assignment | NCN-M1-201 |
| Date grievance response received | 2-18-2025 |

**Facility level appeal:**
The investigation should be [illegible] H[?] and charges should be [illegible] against my assailants and I still request monetary relief, and staff should be punished.

Signature of offender: [signature]
Date signed: 2-20-25

**Facility level response:**
Response in Ditta[?]

Signature of warden / designee: [signature]
Date signed: 3/6/2025

Please check the appropriate box and return this form to the Facility Grievance Specialist.
☐ Agree with facility appeal response.
☒ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

Signature of offender: [signature]
Date signed: 3-9-2025

DISTRIBUTION: Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy – Offender

# New Castle Correctional Facility

## CERTIFIED TRUST FUND ACCOUNT STATEMENT

Name: Richardson, Jonathan          D.O.C. Number: 127630
Location: M1-206 B                   NCF Arrival Date: 2/4/25

I hereby certify that this statement and the attached document(s) accurately reflect the Trust Fund Account activity of the above Incarcerated Individual from 9/20/24 to 3/19/25; a six (6) month time period, unless the time period the Incarcerated Individual has been confined at the New Castle Correctional Facility is less than six (6) months.

Incarcerated Individual's current Trust Fund Account balance.     $ 12.57
Incarcerated Individual's average monthly deposits.                $ 203.50
Incarcerated Individual's average monthly balance.                 $ 45.43

Date: 3/21/25

Signature of Authorized Official: Violet Lon

Printed Name and Job Title: Violet Lon
Library Assist.
New Castle Correctional Facility

(rev 09/10/24 js) 1106