UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JONATHAN C. RICHARDSON, a/k/a
AUTUMN E. CORDELLIONE,

    Plaintiff,

    v.                              CAUSE NO. 3:25-CV-863-JTM-AZ

MR. THOMPSON, et al.,

    Defendants.

## ORDER

Upon review of the notice filed by the Warden (ECF 22), the court on its own motion:

(1) DIRECTS the clerk to update the docket to reflect that the true name of Jane Doe is Tarah Welbourne;

(2) DIRECTS the clerk to request a Waiver of Service from (and if necessary, the United States Marshals Service to use any lawful means to locate and serve process on) Tarah Welbourne at the Indiana Department of Correction and to send her a copy of this order, the screening order (ECF 19), and the complaint (ECF 1) pursuant to 28 U.S.C. § 1915(d);

(3) ORDERS the Indiana Department of Correction to provide the United States Marshal Service with the full name, date of birth, and last known home address of any defendant who does not waive service, to the extent this information is available;

(4) ORDERS Tarah Welbourne to respond, as provided in the Federal Rules of Civil Procedure and N.D. Ind. L.R. 10-1(b), only to the claim for which the plaintiff was granted leave to proceed in the screening order; and

(5) DISMISSES the Warden of the Westville Correctional Facility in his official capacity as a defendant because he was added only for the purpose of identifying the unknown female officer described in the complaint, and he has now provided that information.

SO ORDERED on this 6th day of January 2026.

s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT